**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TED NUNEZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMPAX LABORATORIES, INC., FRED WILKINSON, BRYAN M. REASONS, AND LARRY HSU,<br><br>Defendants. | No.: 3:16-cv-08420-MAS-TJB<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u> |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ted Nunez, Jr. hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Impax Laboratories, Inc., Fred Wilkinson, Bryan M. Reasons, and Larry Hsu ("Defendants").

1

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the Complaint nor filed a motion for summary judgment. A class has not been certified.

Furthermore, there is a substantially similar action proceeding forward against Defendants in the United States District Court for the Northern District of California styled as *Fleming v. Impax Laboratories Inc., et al.,* 3:16-cv-06557-HSG (N.D.Cal.)(the "*Fleming* Action"). The *Fleming* Action, filed on November 11, 2016, asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, arising from the same conduct as the instant action.

The dismissal is without prejudice. Each party is to bear their own costs and fees.

Dated: February 21, 2017                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 21st day of February 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

      /s/ Laurence M. Rosen